**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. **LINDA GAITHER; and** ) | |
| 2. **NORMA SMITH,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **Case No. ____________________** |
| ) | |
| 1. **UNITED STATES OF AMERICA,** ) | |
| **ex rel. DEPARTMENT OF THE** ) | |
| **AIR FORCE,** ) | |
| ) | **ATTORNEY LIEN CLAIMED** |
| **Defendant.** ) | **JURY TRIAL DEMANDED** |

# **COMPLAINT**

COME NOW the Plaintiffs, Linda Gaither ("Gaither") and Norma Smith ("Smith"), and for their causes of action against the Defendant United States of America ("USA"), allege and state as follows:

1. Gaither and Smith are citizens of the State of Oklahoma and hold the same citizenship at all times relevant to the allegations stated in this Complaint.

2. The Department of the Air Force ("Air Force") is a military department within the United States Department of Defense which is part of the executive branch of Defendant USA, and USA is a proper party to this Complaint, pursuant to 28 U.S.C.A. § 2671 *et al.*

3. The Complaint's allegations occurred in Payne County, State of Oklahoma.

4. This Court has jurisdiction over the parties and the subject matter herein, pursuant to 28 U.S.C.A. §§ 1346(b)(1) and 2671.

5. Gaither and Smith have complied with the notice and claim provisions of the Federal Tort Claims Act, specifically 28 U.S.C.A. § 2675, by filing a Standard Form 95 with the Department of the Air Force. Gaither's Claim No. 25-366853 and Smith's Claim No. 25-367028 were denied on June 1, 2026. This Complaint is filed within six months from the mailing of the denial.

## FACTUAL STATEMENT

6. On November 29, 2023, Jalen A. Terry, Senior Airman with the United States Air Force, was driving a vehicle at or near N. Linwood Ave. and E. Grandstaff in Cushing, Payne County, Oklahoma.

7. At or near N. Linwood Ave. and E. Grandstaff, Terry failed to yield at a stop sign on Grandstaff and drove his vehicle into the path of Gaither's vehicle, who was traveling northbound on Linwood Ave., causing the collision.

8. Smith was a passenger in Gaither's vehicle.

9. The car wreck caused property damage to Terry's vehicle.

10. The car wreck caused property damage to Gaither's vehicle.

11. Gaither and Smith were physically injured as a direct result of the car wreck.

## FIRST CAUSE OF ACTION

Plaintiffs hereby re-adopt and re-allege the allegations stated in paragraphs numbers 1-11 as fully stated herein, and further allege and state as follows:

12. Terry was negligent in causing the collision with the vehicle driven by Gaither.

13. Terry failed to maintain a proper lookout while driving his vehicle which

directly caused him to collide with Gaither's vehicle.

14. Terry failed to yield from a stop sign and drove his vehicle into oncoming traffic which caused him to collide with Gaither's vehicle.

15. Terry failed to take reasonable evasive action once he saw Gaither's vehicle approaching which directly caused him to collide with Gaither's vehicle.

16. As a direct result of Terry's negligent conduct, Gaither and Smith were injured, have and will incur medical expenses due to their injuries, and have and will suffer pain of body and mind.

## SECOND CAUSE OF ACTION

Plaintiffs hereby re-adopt and re-allege the allegations stated in paragraphs nos. 1-16, as fully stated herein, and further allege and state as follows:

17. At the time of the collision between Gaither and Terry, Terry was acting as an agent, servant, and employee of the Department of the Air Force which is one of the military departments within the United States Department of Defense that is part of the executive branch of Defendant USA; therefore, Terry was acting on behalf of the USA within the scope and course of his agency, servitude and employment of the USA.

18. The USA is statutorily liable for the negligent conduct of Terry, as alleged herein.

19. The USA is vicariously liable for the negligent conduct of Terry, as alleged herein.

**WHEREFORE**, Plaintiffs pray for judgment against Defendant United States of

America in the amounts of $400,000.00 for Plaintiff Linda Gaither and $450,000.00 for Plaintiff Norma Smith, in addition to interest and costs of this action, together with any other relief the Court deems just and equitable.

Respectfully submitted,

/s/ Michael P. Martin

Michael P. Martin, OBA # 22225
Scott R. Jackson, OBA# 17502
Martin Jean Jackson Martin & Peach
P.O. Box 1089
Stillwater, OK 74076
405-377-5000 Phone
405-377-5011 Facsimile
mmartin@mjjlawfirm.com
***Attorney for Plaintiffs***